No. 10–6930.  MEJIA v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 10–6943.  BEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–34.  RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. ROBINSON.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 10–318.  MCKENNA v. NESTLE PURINA PETCARE CO. C. A. 6th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–369.  BALDWIN ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 9th Cir.  Certiorari before judgment denied.

No. 10–6635.  BROWN v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–6814.  JORDAN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–6850.  REED v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–6887.  MERCADO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 09–11233.  COULOMBE v. SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY, ET AL., *ante,* p. 868;
No. 09–11424.  DAVIS v. KIA MOTORS AMERICA, INC., ET AL., *ante,* p. 879;
No. 09–11481.  CRAIN v. HEIFNER, *ante,* p. 883; and